

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Reverse Mortgage Funding, LLC,
Appellant

No. 06-19-00063-CV      v.

Carla Nagle Blevins Robertson, Appellee

Appeal from the 115th District Court of Marion County, Texas (Tr. Ct. No. 1900039). Supplemental Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we vacate our January 3, 2020, judgment, dismiss the appeal, and, in keeping with the parties' request, order that Reverse Mortgage bear the costs of this appeal.

RENDERED MARCH 5, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk